**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VINCENT TUZZOLINO,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No.: 8:15-cv-00455-JSM-MAP**

**RETRIEVAL MASTERS**
**CREDITORS BUREAU, INC.,**

    **Defendant.**
_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on February 11, 2016. Plaintiff and his trial counsel, and Defendant's trial counsel attended and participated. Each representative was available by phone as permitted by the Court.

<u>The case has been completely settled.</u>

Done February 11, 2016 in Tampa, Florida.

                                        Respectfully submitted,

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.
                                        Florida Bar No. 237851
                                        Mediator
                                        3001 West Azeele Street
                                        Tampa, Florida 33609
                                        813.874.1002    Fax: 813.874.1131
                                        email: meditr@aol.com

I HEREBY CERTIFY that February 11, 2016 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.